930 A.2d 1251

**Terrence E. BABB, M.D.**

v.

**ESTATE OF Andrew D. BERSHAD, Esq.,
Michael J. Beautyman, Esq., and
Beautyman Associates, P.C.**

**Petition of Michael J. Beautyman, Esq.
and Beautyman Associates, P.C.**

Supreme Court of Pennsylvania.

Aug. 7, 2007.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of August, 2007, the Application for Reconsideration of Petition for Allowance of Appeal is **GRANTED.** Pa.R.A.P. 2543. This Court's order dated March 28, 2007 is **VACATED** for lack of jurisdiction. 42 Pa.C.S. § 724; Pa.R.A.P. 1112. The Petition for Allowance of Appeal and the Application to Submit a Reply Brief are **DENIED.** Pa.R.A.P. 1114.

Justice FITZGERALD did not participate in the consideration or decision of this matter.